In the Matter of PLAYDIUM, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued April 6, 1950; decided May 18, 1950.

*John Di Leonardo* and *Alvin McKinley Sylvester* for appellants.

*Robert C. Poskanzer* for respondent.

Order affirmed, with costs, and order absolute directed in favor of respondent on the stipulation. Appeal taken as of right dismissed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and FROESSEL, JJ.; DESMOND, DYE and FULD, JJ., concur as to the appeal taken as of right, but otherwise dissent.